In the United States District Court
for the Southern District of West Virginia

Michael Brown

V.

Warden W. Holzapfel, Dr. Edwards,
Associate Warden of Programs (name unknown)
MAT Coordinator Ms. Thompson;
FCI Beckley

5:23-CV-00606

Motion to Proceed Informa Pauperis

Now comes Michael Brown, pro se before the Court to request to proceed informa Pauperis or at the very least to proceed with a deferred payment plan for any and all fee's and/or security required. The U.S. Courts have a repayment plan quarterly with the FBOP for inmates fines and assessment fee's and this inmate is requesting to proceed free of charge for this non-frivolous issue of health & life or death... or to pay the Court fee's and any other cost to the FBOP for the U.S. Court, for the Temporary Restraining Order. This inmate is indigent after 10 years of FBOP custody.

Respectfully Submitted

Date 9-5-2023

Certificate of Service

I Michael Brown on September 5th, 2023 did Mail this Temporary Restraining Order to the U.S. Clerk of Court: Addressed TO:

U.S. Clerk of Court
Robert C. Byrd U.S. Court, House
110 N, Heber ST,
Rm, 119
Beckley WV 25801

From:

Michael A. Brown
# 11513-021
FCI Beckley
P.O. BOX 350
Beaver, WV 25813

Also enclosed Affidavits and other evidence