In the United States District Court for the Southern District of West Virginia

5:23-CV-00606

Michael Anthony Brown

vs

Warden W. Holzapfel, Dr. Edwards,
Associate Warden of Program (Name unknown)
MAT Coordinator Ms. Thompson;
FCI Beckley

FILED

SEP 11 2023

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Injunction /
Temporary Restraining Order
Rule 65 (b) (1) (A) & (B)

    Now comes Michael Anthony Brown an inmate at the Federal Correction Institute at Beckley. Inmate number 11513-021, pro se, to request that the Honorable Court enter a Temporary Restraining Order against the above mentioned plaintiffs at FCI Beckley 1600 Industrial Park Rd, Beaver, WV 25813. This TRO should be served without notice.

    Since December of 2021 Brown has been approved for Medication Assistant Treatment (MAT) program for Opiod Use disorder and opiod over-dose prevention, but has not been given any medication for treatment when it is readily available. The MAT program gives medication that halts opiod over-dose deaths by prevention. This MAT program has been studied extensively

1 of 5

and is an approved program for prisoners under the "First Step Act" of Congress 2018. All FBOP facilities were to have instituted the MAT Program by the winter of 2021. Brown was given the option of a medication called Vivitrol a.k.a. Naltrexone in 2022 at USP McCreary but had to refuse it due to past overwhelming side effects i.e. severe depression and suicidial thoughts. And Brown was currently under treatment for Hepatitas C (Hep C & the treatment being hard on the liver) and on the Vivitrol Consent Form it lists twice that it can be damaging to the liver so Brown opted out of the Vivitrol based on those three issues combined. Since then and more importantly since arriving at FCI Beckley Brown has requested to be treated (Email Chain letter enclosed for evidence) and am being told I need to wait until I am closer to my release date of May 2027 that they are only evaluating 2024 inmates currently... as if over-dose deaths from Opiates i.e. Heroin, Fentynal, etc. only in the FBOP only happen to those closer to their release dates. Over-doses and over-dose deaths happen all the time in the FBOP, i.e. FCC Victorville June 2023. Over dose deaths are

2 of 5

reported 100% of the time; over-doses are not always reported. Their is Fentynal in this institution. Recently (July 2023) an Officer working Poplar B upper had a seizure and once taken to an outside Emergency Center tested positive to fentynal exposure, so the staff (Warden Holzapfel) knows their are deadly drugs inside the institution. Drugs such as fentynal have a powerful effect on me mentally and its difficult to keep saying "NO" no matter how bad I don't want Opiods in my life. Brown will end up using these drugs at FCI Beckley or anyother FBOP facility and could potentially over-dose and die as a result, which is irreparable harm at its apex, an injury that can not be recovered from. Brown has already suffered from a blood-borne illness of Hepatitis C contracted in the FBOP from intravenous drug use. Upon entry into the FBOP 2015 and intitial blood testing then shows no Hepatitis C, Brown aquired the disease and was treated for Hep C while in the FBOP. Aquiring bloodborne illness from intravenous drug use is also irreparable harm should it be Hepatitis C (liver function) or HIV.

Also an injury is that other inmates with out dates such as Brown's May 2027 or even much

3 of 5

later are being treated in the MAT program and are receiving the FDA approved "Buprenorphine" which is "The Gold Standard" of treatment for Opiod Use Disorder (OUD) and Opoid overdose prevention (OOP) in the form of Suboxene. Brown can not use Suboxene because it is a two part drug cocktail of Buprenorphine and Naltrexone and as previously stated Brown can not use Naltrexone due to side effects and the damage it can do to Brown's already pressured liver. Another drug called "Subutex" is appropriate because it only uses the active ingredient Buprenorphine.

Brown is requesting the Honorable Court issue the TRO that would Order Brown into the MAT Program for OUD & OOP. The above mentioned Plaintiffs are already in violation of the First Step Act (2018) and are violating Brown's 8th Amendment right not to be treated cruel & unusual... as Brown thinks about using drugs & over-dosing daily and their is treatment available. Brown's 14th Amendment right to equal protection under the law i.e. "First Step Acts" MAT Program is also being violated by inmates of exact sameness are being treated for OUD and OOP where Brown is being denied.

4 of 5

The order from the Honorable Court should be that Brown be allowed into the MAT Program; be given either the pill or sublingual strips of Subutex (Buprenorphine) for treatment Not to include Naltrexone and be quarterly tested for Low Testorone via blood test because a major side effect of Buprenorphine is Low Testorone. (This facility is not testing its MAT participants for Low Testorone and should be per the First Step Act 2018.)

Temporary Restraining Order (6)(1)(B)
        Find attached an email chain to the MAT Coordinator Ms. Thompson and forwarded to Dr. Edwards, the AW of Programs and then Warden W. Holzapfel each at least 10 days apart. The AW of Programs and the Warden were both informed of Brown's intention to file with the Court and Brown was ignored. So this TRO should issue without notice as the above mentioned parties have had ample time and notice, over 60 days from Brown and all of 2022 and thru August of 2023 which is a total of 20 months to implement the MAT program in this FBOP facility.

Respectfully Submitted
Michael Anthony

5 of 5    Date 9-5-2023