To the United States District Court for the Southern District of West Virginia

5:23-cv-00606

Michael Anthony Brown

v.

Warden W. Holzapfel, Dr. Edwards, Associate Warden of Programs Howell, MAT Coordinator Ms. Thompson, Chief of Psychology Dr. Atkins, HSA Ms. Fox, Physicians Assist Cooper, FCI Beckley

FILED

APR 1 2 2024

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Bivens Action

Injunction / Temporary Restraining Order
Rule 65 (b)(1)(A) & (B)

Now Comes Michael Anthony Brown, pro se an inmate at the Federal Correctional Institute at Beckley. Inmate number 11513-021 to request that the Honorable Court enter this action against the above mentioned plaintiffs at FCI Beckley 1600 Industrial Park Rd. Beaver, WV 25813.

Exhaustion of Remedies

(1) Medication Assisted Treatment (MAT)

Since December 2021 Brown has been approved for MAT program for Opiod Use Disorder (OUD) and Opiod Over-dose Prevention (OOP), but has not been given any medication for treatment when it is readily available. The MAT program gives medication that halts opiod over close deaths by prevention. This MAT program has been studied extensively, and is an approved program

1 of 14

5:23 CV 00606

for prisoners under the "First Step Act" (2018) of Congress. (See Exhibit 1). All FBOP facilities were to have instituted the MAT Program by the winter of 2021. Brown feels that the above Plaintiffs are in violation of the clear intent of Congress as concerns the FSA, MAT program, and that they are violating his Eighth and Fourteenth Amendment Rights.

1(G) Exhaustion of Remedies as concerns MAT began at USP Atwater (See Exhibit 2), when Brown attempted many times at sick-call and on the inmate email system to be put on medication. When this proved useless Brown did file a BP-8 informal resolution, BP-9, BP-10 Regional, and finally a BP-11 to the Central offices General Counsel in the Nations Capitol. All these were met with silence and went past their scheduled response times until the Central Office replied with the enclosed Rejection Notice stating that Brown must wait to file to the Central Office because He must wait on the response to the earlier BP-10 that was far beyond its allowed response time. This is one of many delay tactics that are used by the FBOP to thwart inmate grievances. The enclosed exhibit 2 contains the entire Administrative Actions within the grievance procedure. Seeing that the Admin. Remedy dealt with a life-saving medication the fact that no response was given except "try again" is troubling. Upon transfer to FCI Beckley

2 of 14

5:23 cv 00606

June of 2023 Brown has sent Numerous emails to staff (see Exhibit® 10)

And been to sick-call Numerous times. If the Warden and his staff have done Nothing to date 9 months a BP-8 and BP-9 would have No effect. Nor would a Regional or Central Office appeal because Brown has already gone that Course in the FBOP only to be ignored.

(2) <u>Psychiatrist Needed / Administrative Remedies Exhausted</u>

Brown spent 33 months in Solitary Confinement in USP Atlanta from 10-4-2018 until 7-1-2021. During that time Brown was assaulted by a staff member resulting in a Broken wrist, an illegal use of force on a seperat occassion ending with a Sexual Assault by a staff member where a PREA was filed. And also the deplorable living conditions of the Special Housing Unit (SHU) in general for that time period. Due to the above but especially the Sexual Assault Brown has been requesting to see an Independent Doctor of Psychiatry since He left USP Atlanta, but since most of that time was spent in transit was Never ever able to put it on the email for a record if those requests until USP Atwater where Brown was actually scheduled for a Tele-psychiatry appointment but left for transfer to come to FCI Beckley before the appointment. Since coming to FCI Beckley their has been a plethora of emails

5:23 CV 00606

sent for the purpose of seeing an independent psychiatrist. Finally a BP-8, BP-9, BP-10, and BP-11 were filed. Brown believes that it is the Apex of Cruel and unusual punishment to have FBOP staff Sexual Assaul, Assault, and significantly torture him and then deny him mental health services, Eighth Amendment violation. as well as the Fourteenth because Brown was and is not being treated as like individuals are in the FBOP. For the above reasons Brown belives He has exhausted all available Remedies and moves these issue into this action before the Court. Exhibit 3 contains the exhausted admin Remedies

<u>MAT Program - Violation of the FSA, 8th, and 14th Amendments to the U.S. Constitution</u>

Brown has been approved for medication since psychology screened and approved him on 12-21-2021. Brown was given the option of a medication called Vivitrol in 2022 at USP McCreary but had to refuse it due to past over-whelming side effects i.e. severe depression and suicidal thoughts. And Brown was currently under treatment for Hepatitis C, both Hep C and its treatment are hard on the liver and its Normal functions and on the Vivitrol Consent form it lists twice that it can be damaging to the liver so Brown opted out of the medicine and requested a different medicine. Since then and more importantly

5:23 cv 00606

Since arriving at FCI Beckley Brown has requested to be treated (see Exhibit(s) 10 ) and is being told that he has to wait unti'l he is closer to his release date of May 2027, that they (medical) are only evaluating inmates that are 2 years or less to going home... as if over dose deaths from opiates in the FBOP only happen to those closer to their release dates. Over doses and over dose deaths happen all the time in the FBOP, i.e. FCC Victorville June 2023. Over-dose deaths are reported 100% of the time, over doses are not always reported. Their is Fentynal and Herion in this institution. Recently July 2023 and October 6th, 2023 Officer(s) working poplar B upper had an encounter with air bourne drug smoke fumes and when tested came back positive for fentynal the officers were Milam and Bragg respectively. This is petitioners home unit, the unit was put on a full 24 hr. a day Lock Down, inmates staying locked in their cells. Both times this occurred the units were on Lock Down for more than 10 days each. The Warden (Holzapfel) put out a Memorandam about air bourne inhalents and Staff exposure to drugs (see Exhibit 4 ), so the staff knows their are deadly drugs inside the institution and that they are air bourne. Browns request for MAT still go unanswered under these conditions. Brown whether he wants to or not will end up

5 of 14

5:23- cv 00606

breathing the same air bourne drug fumes that those officers breathed in and could die or become addicted again. BROWN has a severe drug addiction past. This is widely known. Upon entry into the FBP in 2015, initial blood testing then shows no Hep C, Brown acquired the disease while at USP Atlanta during intravenous drug use. Acquiring any blood bourne illness is irreperable harm for the lasting damage it does. BROWN did relapse here at FCI Beckley and over-dosed using the drug Fentynal... Brown's cell-mate helped him not die by putting illegally obtained Suboxene strips under his tongue and making sure that he was breathing. After this Overdose BROWN went to Medical to sick-call and was told that sick-call doesn't deal with OD's to contact the MAT Coordinator (see Exhibit(s) 5 & 6 ) and after sending an email chain to the MAT Coord.; AW of Programs and to the Warden not a single one of them responded to BROWN's cry for help. How much more plain can deliberate Indifference become in this case... the end result for Brown. could be death. Officers literally pass out from exposure and Brown literally asks everyone for help only to be ignored by the very people that are paid by the tax payer to provide for the needs of every inmate humanely. This is 21ST Century

6 of 14

5:23 cv 00606

Cruel and unusual punishment.

The Medical Dept. has denied BROWN based on the reason that his out date is not within the 2year or less standard set by this prison. But Yet their are men here that are on the MAT program, that started the MAT program here with out dates of 2035 i.e. Inmate KENT. So the FBOP staff pick and choose who they desire to put on the program. This is NOT equal protection under the law if one Inmate can get it, but the next who is equally in need and is eligible does not.

Furthermore the FSA Title I Section 1012 does not put time restrictions on those eligible. In fact the language and intent of Congress is the exact opposite of the way the FBOP at FCI Beckley is conducting the MAT program. Their are Five primary key points (1) Evidence based Treatment (2) Expansion of Access (3) Comprehensive Opiod Abuse Program (4) Pilot programs (5) Reentry Plans. For the purposes of this motion BROWN will concentrate on points 2 and 3 of the ACT. FCI Beckley is solely focused only on point (5) Reentry plans, as they are only allowing those close to their out dates to participate in MAT with medication. This is not the Inten of Congress when you read the FSA, the intent was to expand access and to address opiod abuse and

overdose deaths from opiates within. This is clearly not being done at FCI. However they would like for those on the outside to believe that they are. That is why they placed a MAT program bulletin on the inmate computer 10-25-2023 (see Exhibits 7) or the Reentry News letter telling the inmate population about this great program called MAT, if you suffer from Opioid Use disorder (exhibit 7a). No matter how many bulletins FCI Beckley places on the computer or how many phone calls my family places to the institution or how many emails I send (see All exhibits of email chains) the staff are going to ignore the needs of inmates especially Brown who is vocal at every stage. Brown has actually gone to Medical and stated I overdosed on Saturday night and was sent away without help. Being a severe addict it is difficult to maintain sobriety when all you have to do is walk out of your cell to be exposed to air bourne drugs ... deadly air bourne drugs. No average everyday citizen would even think this is happening in an American Federal Prison but it is. The staff simply do not care and will not help. They do not care about the Acts of Congress or Congressional intent. The warden and all listed plaintiffs are aware of the problem and don't do anything to fix it. This is the apex of

8 of 14

5:23 CV 00606

cruel & unusual punishment. Nor do they care that the United States District Court in its Judgement Exhibit 9 → "recommended participation in an appropriate program of substance abuse treatment [and] counseling". Not only treatment but also counseling because they are not the same thing. Any observer could see that this prison is doing unconstitutional things as concerns Brown's right to not be treated cruel & unusually nor to be treated differently than other inmates for equal protection under the law(s) of the U.S.A and the Acts of Congress like the FSA. All the listed plaintiffs are guilty of unconstitutional conduct and have been severely & deliberately indifferent to Brown's need for MAT, Brown suffers daily from air borne intoxicants just like those officers that literally "passed out" in Poplar B Upper Unit, Brown has ended up relapsing and over-dosing. The physical and mental harm is really apparent.

Brown believes that the FSA appropriates certain funding for inmates eligible for MAT and that those funds are being misappropriated.

The FBOP Nationwide is in the cross hairs of everyone i.e. Office of Inspector General, U.S.A.C.'s, News & other media outlets and especially Congress in both Houses. Since 2009 5000 FBOP inmates have died from a variety of medical issues that could have been avoided if treated earlier (OIG investigation

9 of 14

5:23 CV 00606

results) and many many inmates have died from over-dose deaths from opiates and fentynal. Health Services just doesn't care, FCI Beckley's Health Services knows about the continued illegal drug problem and still ignores this issue especially as concerns Brown.

(3) Psychiatrist Needed

Brown spent 33 months in solitary confinement at USP Atlanta. During that time Brown was under the most extreme inhumane living conditions in any FBOP facility, was Assaulted by Staff resulting in a broken bone, was illegally teamed in a illegal use of force episode that ultimately ended in a Sexual Assault by 4 of the Staff in the UOF Team resulting in a PREA being filed. All those reason caused a tremendous Post Traumatic Stress Disorder (PTSD) which Health Services has prescribed medication for, Zoloft, Effexor, and prazosin ... these three drugs are used to treat PTSD but when I go to medical for my 6 month Chronic Care clinic I tell the Doctor about the side-effects and all that is done is that the dose of Effexor is increased, up until Brown Recently went to sick-call to have the medication changed because the side-effects were to bad to deal with. The Effexor was replaced with trazodone 50mg, which Brown does not think is the proper medication for the treatment. Brown has been asking to see an independent psychiatrist since leaving

5:23 cv 00606

USP Atlanta but spent most of that year after leaving in two different Special Housing Units. Once Brown was released to a normal housing Unit he began requesting an independent psychiatrist. in person to the Psychology Dept working the doors in the RHU program that he was in at the time. On one Chronic Care visit to the Doctor, the Doctor made the request to the Psychologist over the RHU program (Name unknown) who made the appointment for Brown. But Brown transferred before the appointment to FCI Beckley. Dr. Atkins and Brown sent emails back and forth where ultimately Dr Atkins says that I need to go to sick-call which Brown does (NOTE: in the BP-9 filed to the Warden the response states that Brown did not go to the call-out after sick-call but Brown did and He saw both HSA Fox and Nurse Pugh about his need for a Psychiatrist, both Remember the meeting and Brown sent an email detailing the same (see Exhibit 2)) later Brown went to a call-out to discuss his need with Health Services Administrator Fox and Nurse Pugh for an independent psychiatrist for the above reasons but especially the sexual assault/PREA... The result of that day was HSA Fox stating "we will see if we can find "someone" to talk to you but It probably won't be a psychiatrist". Brown has sent many emails about this and talked openly to AW of Programs Howell, Dr. Atkins and HSA Fox. Brown was told in one of the responses

5:23 cv 00606

from the Warden that "FCI Beckley does not do tele-psychiatry and that I can talk with the Psychology Dept for my mental health needs". Brown has made it clear that the FBOP staff are responsible for the PTSD condition and need for a psychiatrist to begin with. An inmate can not be expected to talk with FBOP staff about FBOP staff. Also a Psychiatrist would prescribe medications that will help with the PTSD "coupled" with Brown's long history of Anxiety attacks and ADD; certain medications excasberate the symptoms of Anxiety and ADD when trying to treat PTSD and a Doctor of Psychiatry would know that. And that Doctor would be able to counsel Brown from a trust stand-point because the FBOP staff at FCI Beckley have already demonstrated their indifference as concerns Brown's welfare with MAT. Brown has spent the last nine months here at FCI Beckley trying to get help and has only been able to get one medication changed to another one that (1) doesn't help (2) is not for PTSD. (See Ex.10 the email chains Exhibits). All the listed Plaintiffs except MAT Coordinator Thompson are guilty of cruel and unusual punishment and equal protection under the law. All of them have shown deliberate indifference and stated that FCI Beckley doesn't do Tele-psychiatry but the Program Statement 6340.04 states that an institution not having a full-

12 of 14

5:23 CV 00606

time psychiatrist or regular access to tele-psychiatry, contract for psychiatric services." But Brown was told that only the Psychology Department at FCI Beckley is available for him. FBOP staff abused, tortured, injured and sexually assaulted Brown and all they've done is give him PTSD medication that gives him bad side-effects and will not treat him. Other inmates at other institutions in the FBOP have access if needed to psychiatric services but because Brown has filed Administrative remedies and PREA complaints on FBOP staff he is not being properly treated. An OIG investigation was conducted about the assaults and torture of Brown at USP Atlanta and a different Bivens Action is forthcoming. So not only are staff indifferent deliberately, they are violating Brown's rights under the P.L.R.A., FSA, 14th, and especially the 8th Amendment. No reasonable jurist would find that being sexually assaulted by those charged with maintaining your welfare isn't cruel and unusual, nor would one find that the FBOP at FCI Beckley isn't cruel and unusual for not providing mental health services for a sexual assault and torture, or the proper medication to aid the victim. This is both physical and mental. Brown's nightmares are physical as well as waking up wet with night sweats, shaking due to anxiety. These are all the physical aspects of the pain caused by FBOP

13 of 14

5:23- CV 00606

Staff.

(4) <u>Resolution Sought</u>

(1) Immediate MAT medication

(2) Immeadiate Independent Psychiatrist Appointment and for continued services every month.

(3) Home Confinement

(4) $2 Million Dollars in Award for damages and Pain, caused by the FBOP to Brown mental health & Physical.

(5) 3% of the retirement pensions of the listed Plaintiffs.

(6) Any funds that were given to the FBOP for Brown's MAT Program since 12-21-2021. out of the FSA's funds

(7) Initiate a Office of Inspector General investigation into the amounts of inmates approved for MAT medication that do not recieve the medication but the FCI Beckley recieves funds for each inmate enrolled and where does that money go if not to the buying of medication OR MAT Counselors.

Request Jury for this Action before the Court.

Exhibit 10 contains all emails to Staff about MAT and Psychiatry needs.

Date 4-7-2024

Respectfully Submitted

14 of 14

5:23 cv 00606

Affidavit of Facts          3-25-2024

I Michael Anthony Brown under the penalty of perjury do make the following statements truthfully and factually. I am a severe drug addict and have suffered from opiod use disorde most of my adult life. I do not make good decisions when active in an addiction. I have failed U.S. Probation drug screening in the past for opiates. I have ruined my life with these drugs and do not wish to continue. I am at FCI Beckley to attend the 500 Residential Drug addiction program that I enrolled in to aid in staying sober. I have spent the better part of 3 years trying to be issued medication in the Medication Assisted Treatment Program for OUD & Over dose prevention. I have spoken verbally and in electronic email to all parties concerned in this Action before the Court. I will end up relapsing and using opiates if I do not soon get the help I am adamantly requesting and that any relapse always comes with the potential for over-dose which could lead to my death. I have over dosed several times while in FBOP custody especially while at USP Atlanta. I have filed Administrative Remedies to no avail in the Western Region all the way to Washington DC ... the FBOP has many creative ways to make sure that the procedure is thwarted (1) by not responding at the Regional level so that when You carry on to the last level at the Central Office they Reply

P.2              5:23 cv 00606        Afficlavit              3-25-2024

That you must wait for a Response ... That response will Never come. Attached is the email chain(s) to all parties initiated on 6-30-2023, these parties are discriminating upon me to enter the MAT program as others in like circumstances are allowed. I did on 9-28-2023 overdose on fentynal. I did go to sick call and was told that they of sick call could do nothing for me that I was to write MAT Coordinator. I wrote the MAT coordinator and forwarded a copy to all parties/plaintiffs. My Dorm has been locked down on 2 seperate occassions for Officers being exposed to air bourne dougs ... Officer(s) Bragg and Milam. If officers are exposed then it stands to reason that inmates are too. I have sent DR. Atkins emails about MAT to no avail. All parties listed in this action have recieved numerous emails the few Responses I have recieved one "Your concerns have been recered". I have given a copy of my Judgement and Commitment to those involved as well only to be ignored. The plaintiffs KNOW 100% that their are harmful dougs here and none of them care.

3-28-2024       I was tortured, Assaulted, and Sexually
Stop date       Assaulted by FBOP staff at USP Atlanta and
Start Date      since leaving there have requested to be seen by
4-7-2024        an independent psychiatrist all to no avail until June 2023 at USP Atwater An appointment was made but I transfered before the appointment. Once

P.3                    5:23-CV-00606        Affidavit          4-7-2024

I started asking here at FCI Beckley I have been met with over-whelming resistance and out right told that this prison does not do tele-psychiatry that any help I will get mentally will be from psychology dept. here. I have fulfilled my obligation to exhaust my Admin. Remedies and I have verbally spoken to all plaintiffs listed except MAT Coordinator Thompson and sent numerous emails over the course of almost 9 months. Nothing has worked. I do need my medication for PTSD evaluated by a professional because my anxiety and ADD play a major role in my mental health and this isn't being considered by Plaintiffs because they do not treat anxiety nor ADD. Nor do I wish to discuss abuse at the hands of FBOP staff with FBOP staff. I am not going to share those details with them who helped cause this emotional hardship. The Chief of Psychology at USP Atlanta, McCreary and now here are all horrible at their jobs. I can not even imagine placing my mental health into their hands and expecting a good result. On both issues of MAT and the need for Psychiatric help I have literally screamed at the top of my lungs for help and have been ignored or ridiculed.

Michael A. Brown

Certificate of Service

I Michael Brown did deliver this Consolidated and renewed motion to the U.S. mail inmate mail Room with FIRST Class Postage to be delivered to: on 4-9-2024

U.S. Clerk of Court
110 N. Heber ST.
RM: 119
Beckley, WV 25801

From: Michael Brown
       11513-021
       FCI Beckley
       P.O. BOX 350
       Beaver, WV 25813