UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MICHAEL ANTHONY BROWN,

    Petitioner,

v.                                                            CIVIL ACTION NO. 5:23-cv-00606

WARDEN W. HOLZAPFEL, ET AL.,

    Respondents.

## ORDER

Pending are Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [ECF 49], and Plaintiff's Motion to Stay. [ECF 67].

This action was previously referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Reeder filed his PF&R on August 1, 2025. Magistrate Judge Reeder recommended the Court grant Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [ECF 49]; Deny Plaintiff's Motion to Stay [ECF 67]; Dismiss Plaintiff's Amended Complaint [ECF 32] with prejudice; and remove this case from the court's docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-*

*Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on August 18, 2025. No objections were filed.[1]

Accordingly, the Court **ADOPTS** the PF&R **[ECF 68]**, **DENIES** Plaintiff's Motion to Stay **[ECF 67]**, Dismisses Plaintiff's Amended Complaint **[ECF 32]** with prejudice, and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: September 8, 2025

Frank W. Volk
Chief United States District Judge

---

[1] On August 11, 2025, Mr. Brown filed a Motion for Reproduction of Documents. The Court could not locate any of the requested documents on the docket. In the event Mr. Brown identifies the documents he seeks with specificity, the Court will resend those documents so that Mr. Brown may draft a Rule 60(b) motion. If Mr. Brown chooses to so move, the Court is willing to reconsider the matter.